# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DONALD ABUDA, et al.,

                Plaintiffs,

    -against-                                  22 **CIVIL** 10869 (LTS)(BCM)

STRONGBLOCK, DAVID MOSS, BRIAN
ABRAMSON, COREY LEDERER,
KONSTANTIN SHKUT, AND JOHN DOE
DEFENDANTS 1-5,

                Defendants.
------------------------------------------------------------X
ERIK CROWL, et al.,

                Plaintiffs,                  22 **CIVIL** 7313 (LTS)(BCM)

    -against-                                  **JUDGMENT**

STRONGBLOCK, DAVID MOSS, BRIAN
ABRAMSON, COREY LEDERER,
KONSTANTIN SHKUT, AND JOHN DOE
DEFENDANTS 1-5,

                Defendants.
------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 27, 2023, the Court concludes that the arbitration provision of the Strongblock Node Terms of Service requires Plaintiffs to arbitrate the claims raised in this action on an individual basis in the Cayman Islands. Defendants' motions to compel arbitration are denied, and Defendants' motions for dismissal are granted without prejudice to litigation of Plaintiffs' claims in the arbitral forum; accordingly, the cases are closed.

**Dated:**  New York, New York
        September 27, 2023

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                 **BY:**     *K. Mango*

                                                                 **Deputy Clerk**